TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00193-CV

Vistano, Inc. N.V., Appellant

v.

Admiral Construction, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT

NO. 99-07436, HONORABLE PAUL DAVIS, JUDGE PRESIDING 

&

NO. 03-01-00206-CV

In re Vistano, Inc. N.V.

ORIGINAL PROCEEDING FROM TRAVIS COUNTY

PER CURIAM

 Vistano, Inc. N.W. and Admiral Consruction, Inc. have filed a joint motion to vacate
the trial court's judgment and dismiss the case pursuant to their settlement agreement in our cause
number 03-01-00193-CV. We grant their motion, vacate the judgment and dismiss the case. See
Tex. R. App. P. 42.1(a) (voluntary dismissal); 43.2(e) (vacate judgment and dismiss case). The
parties also move that we dissolve the injunction issued under cause number 03-01-00206-CV. We
grant the motion and dissolve the injunction currently in place.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: July 31, 2001

Do Not Publish